```
UNITED STATES DISTRICT COURT
    DISTRICT OF NEW JERSEY
```

```
_____
                              :
WILLIAM COOPER,               :
                              :
        Plaintiff,            :   Civ. No. 15-1244 (NLH) (JS)
                              :
    v.                        :   MEMORANDUM OPINION
                              :
COUNTY OF CAMDEN, et al.,     :
                              :
        Defendants.           :
_____:
```

It appearing that:

1. Plaintiff William Cooper, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. A review of the New Jersey Department of Corrections' Offender Search Form, available at https://www20.state.nj.us/DOC_Inmate/inmatesearch, provides that Plaintiff was released from custody on September 7, 2018.

3. Plaintiff has not communicated with the Court regarding a change of address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4. Based on Plaintiff's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Plaintiff updates

his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

    5. An appropriate order follows.


Dated: November 1, 2018          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.